| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. No. 2:07-0252-FCD |
| v. | ) |
| | ) |
| SHARON N. DAILEY, | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                   () Ad Testificandum

Name of Detainee:   SHARON N. DAILEY
Detained at (custodian): Valley State Prison
Detainee is:     a.)   (X) charged in this district by:  (X) Indictment  ( ) Information  ( ) Complaint
                      charging detainee with: 18 U.S.C. § 287, 1341, 1344(2), 1014, 1001, 1028A(a)(1);
                      42 U.S.C. § 408(a)(7)(B)
  or   b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings
  or   b.)   () be retained in federal custody until final disposition of federal charges, as a sentence is
            currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: _[signature]_
Printed Name & Phone No:   MICHELLE RODRIGUEZ, Tel: 916-554-2700
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                   () Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 7/26/07

_[signature]_
EDMUND F. BRENNAN
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | DAILEY, Sharon N. | Female |
| Booking or CDC #: | CII: A26836320 | DOB: 02/28/1970 |
| Facility Address: | Valley State Prison | Race: B |
| | | FBI #: 421263RA0 |
| Facility Phone: | | |
| Currently Incarcerated For: | CPC § 459 Burglary, § 487(A) Grand Theft, § 470(A) Forgery with Intent to Defraud, § 10980(C)(2) Fraud to Obtain Aid. | |

## RETURN OF SERVICE

Executed on _____       By: _____
                                       (Signature)