UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 18, 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ /s/_____

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>              Plaintiff,      )<br>  )<br>v.                                               )<br>  )<br>SHARON DAILEY,                   )<br>  )<br>              Defendant.      ) | Case No. CR.S-07-0252-FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SHARON DAILEY, Case No. CR.S-07-0252-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00

    _X_ Appearance Bond with Surety

    ___ Unsecured Appearance Bond (Interim)

    _X_ (Other) <u>Conditions as stated on the record</u>

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 18, 2007  at 3:46pm

By _____
Edmund F. Brennan
United States Magistrate Judge