DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHARON N. DAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S 07-252 FCD |
| Plaintiff, | ) |
| v. | ) MOTION TO EXONERATE BOND AND ORDER |
| SHARON N. DAILEY, | ) |
| Defendant. | ) |

Ms. Dailey was ordered released on a secured bond on December 18, 2007. On that same date, surety documents were filed with the Court. (See docket entry #9 pertaining to this case.)

On July 21, 2008, Ms. Dailey was sentenced to 25 months in BOP custody and ordered to self-surrender. On August 25, 2008 she self-surrendered as ordered and is currently incarcerated at the BOP institution in Dublin, California.

It is hereby requested that the Court exonerate the surety, Carrie Traylor, and release her from further obligation in this matter.

///

1 | Dated:   August 28, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
SHARON N. DAILEY

**ORDER**

The property bond posted by Ms. Traylor on behalf of Sharon Dailey in the United States District Court for the Eastern District of California is hereby ordered EXONERATED.

DATED: October 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/dailey0252.ord

Order Exonerating Bond                -2-