DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHARON N. DAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SHARON N. DAILEY, <br> Defendant. | NO. CR-S-07-252 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE REVOCATION HEARING** <br><br> Date: March 22, 2013 <br> Time: 9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, SHARON N. DAILEY, by and through her counsel, Linda C. Harter, Chief Assistant Federal Defender that the revocation hearing of Friday, December 14, 2012 be vacated, and a new revocation hearing date of Friday, March 22, 2013, at 9:00 a.m., be set.

The reason for this continuance is because defendant has a pending state court matter of which we are waiting to conclude. The Probation Officer joins in this request.

/ / /

/ / /

Dated: December 13, 2012

          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
SUSAN N. DAILEY

Dated: December 13, 2012

/s/ Linda C. Harter
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-252 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) **[PROPOSED] ORDER CONTINUING REVOCATION HEARING** |
| SUSAN N. DAILEY, | ) |
| Defendant. | ) |

Based on the reasons set forth in the stipulation of the parties filed on December 14, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the revocation hearing be set on **Friday, March 22, 2013, at 9:00 a.m.**

Dated: December 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
Stipulation/Order                    3