UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                    RE:    Sharon N. DAILEY
                             Docket Number: 2:07CR00252-01
                             Initial Appearance Date: 09/14/2012
                             **STIPULATED CONDITION**

Your Honor:

On September 14, 2012, in open court, the defendant agreed to the attached stipulation requiring that she maintain a valid California Identification, which shall be used for all personal and/or business transactions. She also agreed not to knowingly possess any identification documents belonging to another during the remaining term of supervised release.

Due to an oversight, the copy of the signed Stipulation to Modify Conditions of Supervised Release was not submitted. Please find the attached stipulation for the Court's approval. Should you have any questions, please feel free to contact me at (916) 930-4397.

                             Respectfully submitted,

                             /s/ Brenda Barron-Harrell

                            **BRENDA BARRON-HARRELL**
                            **United States Probation Officer**

Dated:  April 3, 2013
           Sacramento, California
           BBH/cd

Attachment

cc:    Michelle Rodriquez, Assistant United States Attorney
        Linda Harter, Assistant Federal Defender

Rev. 02/2002
CHAR-REF.MRG

**Honorable Garland E. Burrell, Jr.**  Re: **Sharon N. DAILEY**
**April 12, 2013**  Docket Number:  2:07CR00252-01
**Page 2**  <u>**STIPULATED CONDITION**</u>

AGREE: __X_____  DISAGREE: _____

_____  _____
Dated:  April 12, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Rev. 02/2002
CHAR-REF.MRG