1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   SHARON DAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-07-252 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER STATUS CONFERENCE ON THE PETITION** |
| SHARON DAILEY, | ) | Date: September 27, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Assistant U.S. Attorney MICHELLE RODRIGUEZ and defendant SHARON DAILEY, by and through her counsel, Chief Assistant Federal Defender Linda C. Harter, that the further status conference on the petition hearing set for Friday, July 19, 2013 be vacated, and a new status conference on the petition hearing be set for Friday, September 27, 2013, at 9:00 a.m.

/ / /

/ / /

The reason for this continuance is because defendant has a pending state court case involving the same charges and we are awaiting the conclusion of that case. The officer that will be testifying at the state court trial and who will also be needed as the federal hearing, has been out on medical leave. The Probation Officer joins in this request.

Dated: July 17, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 /s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
SHARON DAILEY

Dated: July 17, 2013          /s/ Linda C. Harter
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

O R D E R

Based on the reasons set forth in the stipulation of the parties filed on July 19, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the further status conference on the petition  be set on **Friday, September 27, 2013, at 9:00 a.m.**

Dated:  July 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation/Order                               2