UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.     RE:  Sharon N. DAILEY
Senior United States District Judge        Docket Number: 2:07CR00252-001
Sacramento, California                     <u>MOTION TO DISMISS VIOLATION
                                           PETITION</u>

Your Honor:

On September 14, 2012, the probation officer filed a Petition for Summons regarding the above-named offender. The petition charged a new law violation and failure to notify the probation officer within ten days prior to any change in employment. The case was continued pending the disposition of the new law violation. On September 16, 2013, Solano County Superior Court dismissed the case against the offender under Docket Number FCR295854.

Since the only remaining charge deals with offender Dailey's failure to notify the probation officer in a timely manner of her change in employment, the probation officer can adequately address this conduct by verbally admonishing Dailey and reinstructing her as to her supervised release obligations. At this time, the probation officer recommends the violation petition be dismissed.

Respectfully submitted,

/s/ Jeffrey C. Oestreicher for

**BRENDA BARRON-HARRELL**
United States Probation Officer

Dated:    October 16, 2013
          Sacramento, California
          BBH:cd

RE: **Sharon N. DAILEY**
    **Docket Number:   2:07CR00252-001**
    **MOTION TO DISMISS VIOLATION PETITION**

|  |  |
|---|---|
| **REVIEWED BY:** | /s/ Jeffrey C. Oestreicher |
|  | **JEFFREY C. OESTREICHER** |
|  | **Supervising United States Probation Officer** |

### ORDER OF THE COURT

☒ Approved     ☐ Disapproved

Dated:  October 17, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

cc:   Michelle Rodriguez
      Assistant United States Attorney

      Linda Harter
      Defense Counsel